

**FILED**

**Mar 06, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   1:24-mj-00027-BAM |
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER SEALING COMPLAINT |
| ALBERTO ALVARADO;<br>    AKA "BETO";<br>ALFONSO ORTIZ;<br>    AKA "40";<br>ANGELICA FLORES,<br>    AKA "Cupcake";<br>YERLLY MALDONADO VEGA;<br>ANTHONY OCHOA;<br>JORGE PEREZ;<br>CARLOS MACIAS MANZO;<br>LORRAINE RENTERIA;<br>FRANCISCO GARCIA;<br>    AKA "CISCO";<br>CORY JAY DONALDSON;<br>ADAM SAHAGUN;<br>JOSHUA BROCK;<br>ALEJANDRO HERNANDEZ DIARTE;<br>CORNELL HICKS;<br>LANDON JONES;<br>WILLIAM BOSMA;<br>ARNOLD HUERTA;<br>JENNIFER HUERTA;<br>EDGAR ROBLES;<br>PRISCILLA PITTS;<br>JAMES MELO;<br>JESUS MARIN;<br>MARIE QUAADMAN;<br><br>                     Defendant. | |

The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to ensure the safety of the defendant and the government's ongoing investigation,

Order Sealing Complaint and Arrest
Warrants

1

IT IS ORDERED that the complaint and arrested warrant filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.  Upon the defendant's initial appearance being scheduled, the government is ordered to provide copies of the sealed complaints to defendant's counsel.

Dated:     3/6/24

_____

HONORABLE BARBARA A. MCAULLIFE
U.S. MAGISTRATE JUDGE

Order Sealing Complaint and Arrest Warrants

2